Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Rosetta Jones** _____   Case No. **06-70136**
                              Debtor(s)                  Chapter **13**

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **189.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ ____**47.25**____ Check one  ■ With the filing of the petition, or
                                   ☐ On or before _____

    $ ____**47.25**____ on or before _____

    $ ____**47.25**____ on or before _____

    $ ____**47.25**____ on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date **2-6-06**                      Signature /s/ Rosetta Jones
                                              Rosetta Jones
                                              Debtor

Attorney for Debtor(s)
KARL C. KOONMEN, JR.
BALSLEY & DAHLBERG, LLP
5130 N. 2nd St.
Loves Park, IL 61111
815-877-2593
Fax: 815-877-7965